# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

DAREN DOMBROSKI,

    Plaintiff,

v.                                                         Case No:   5:22-cv-78-GAP-PRL

PALS ALL TUNE 2, INC., J. PATRICK DOLDER and LINDA J. DOLDER,

    Defendants

## ORDER

This cause comes before the Court on the Renewed Joint Motion for Approval of Parties' Settlement And Dismissal With Prejudice (Doc. 32) filed October 11, 2022.

On October 17, 2022, the United States Magistrate Judge issued a report (Doc. 33) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Court finds the Settlement Agreement to be a fair and reasonable compromise of Plaintiff's FLSA claims. Accordingly, the motion for

approval of settlement (Doc. 32) is **GRANTED**; however, the Court will not retain jurisdiction as requested.

3. This case is **DISMISSED** with prejudice.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 2, 2022.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party